NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD W. VAN ROMER and BASIC CONCEPTS, INC.,**
*Plaintiffs-Appellees,*

v.

**INTERSTATE PRODUCTS, INC.,**
*Defendant-Appellant.*

---

2010-1361

---

Appeal from the United States District Court for the District of South Carolina in case no. 06-CV-2867, Magistrate Judge William M. Catoe, Jr.

---

## ON MOTION

---

## ORDER

Upon consideration of Interstate Products, Inc.'s motion for a 60-day stay of proceedings, to pursue settlement discussions,

IT IS ORDERED THAT:

The motion is granted. The briefing schedule is stayed for 60 days from the date of filing of this order. The parties are directed to file a status report within 30 days of the date of filing of this order and every 30 days thereafter, or, if settlement is completed, within 14 days of the date the settlement becomes final.

FOR THE COURT

JUL 09 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Cort R. Flint, Jr., Esq.
Timothy D. St. Clair, Esq.

s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 09 2010

JAN HORBALY
CLERK